UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ESQUIVEL FARFAN,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 2:17-cv-05325-SVW-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the June 23, 2020 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

  IT IS HEREBY ORDERED that the Petition is denied, this action is dismissed with prejudice and that Judgment be entered accordingly.

///
///
///

   IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.
   IT IS SO ORDERED.

DATED: October 28, 2020

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE