UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ESQUIVEL FARFAN, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, <br><br> Respondent. | Case No. 2:17-cv-05325-SVW-JC <br><br> JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED:  October 28, 2020

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE